IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR8 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLTON IVORY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the request for transcript by a non-party (Filing No. 34). No objections have been filed. Accordingly,

IT IS ORDERED that the request for transcript by a non-party is granted; the party shall make appropriate arrangements with the court reporter for payment.

DATED this 30th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
      LYLE E. STROM, Senior Judge
      United States District Court