IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR8 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLTON IVORY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 38). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 29 to 27. His criminal history category remains at IV. The Court finds that his sentence should be reduced to one hundred (100) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted; the sentence of the defendant is reduced to one hundred (100) months. He shall receive credit for time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

3) The balance of defendant's motion is denied.

DATED this 26th day of January, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court